1  Brandon F. White (admitted *pro hac vice*)
   *bfwhite@foleyhoag.com*
2  FOLEY HOAG LLP
   155 Seaport Blvd.
3  Boston, MA 02210
   Telephone: (617) 832-1170
4
   Evan S. Nadel (SBN 213230)
5  *enadel@mintz.com*
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
6  44 Montgomery St., 36th Fl.
   San Francisco, CA 94104
7  Telephone: (415) 432-6000
   Facsimile: (415) 432-6001
8
   Attorneys for Defendant
9  GENE SECURITY NETWORK, INC.

10

   Stephen R. Jaffe (SBN 49539)
11 *stephen.r.jaffe@jaffetriallaw.com*
   Bailey K. Bifoss (SBN 278392)
12 *bailey.k.bifoss@jaffetriallaw.com*
   THE JAFFE LAW FIRM
13 150 California St., 21st Floor
   San Francisco, CA 94111
14 Telephone: (415) 618-0100
   Facsimile:  (415) 618-0080
15
   Attorneys for Plaintiff/Relator
16 GARY SIEBERT

17

UNITED STATES DISTRICT COURT

18  NORTHERN DISTRICT OF CALIFORNIA

19 | UNITED STATES OF AMERICA *ex rel.* GARY SIEBERT,

20

21           Plaintiff,

22     v.

23 GENE SECURITY NETWORK, INC.,

24           Defendant.

25

26

Case No. 3:11-cv-01987-JST

**STIPULATION TO EXTEND TIME FOR BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Date:      September 4, 2013
Time:      2:00 P.M.
Judge:     The Honorable Jon S. Tigar
Location:  Courtroom 9
           450 Golden Gate Avenue
           San Francisco, California 94102

27

28

1

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate pursuant to Civil Local Rule 6-1 as follows:

1. On July 2, 2014, Plaintiff filed a motion for summary judgment with an August 7, 2014 hearing date (Dkt. No. 83).

2. On July 3, 2014, by Clerk's Notice, the Court continued the hearing date of the motion for summary judgment to September 4, 2014.

3. Pursuant to Civil Local Rule 7-3, Defendant's opposition to the pending motion for summary judgment is currently due not later than July 16, 2014, and Plaintiff's reply in support of the motion is currently due July 23, 2014.

4. Defendant has recently retained new counsel – Foley Hoag LLP – to act as its lead trial counsel in this case. Defendant's new counsel will prepare its opposition to the pending motion for summary judgment and may also file a cross-motion for summary judgment on behalf of Defendant.

5. Given the time required for Defendant's new counsel to become familiar with the proceedings and evidence in this matter, Defendant and Plaintiff agreed that Defendant could have an extension of time until August 7 to file its opposition to the pending motion for summary judgment and Plaintiff could have an extension of time until August 21 to file his reply in support of the pending motion for summary judgment. The parties agreed to make no change to the current hearing date of September 4, 2014.

6. If Defendant files a cross-motion for summary judgment, the parties have agreed that Defendant's moving papers would be filed not later than August 7, 2014; Plaintiff's opposition to the cross-motion (and supporting papers) would be filed not later than August 21, 2014; and Defendant's reply in support of the cross-motion would be filed not later than August 28, 2014. The hearing on the cross-motion for summary judgment, if one is filed, would be September 4, 2014.

7.  No other time modifications have been requested regarding this motion.  The parties previously filed stipulations to extend the briefing schedule and continue the hearing on Defendant's motion to dismiss Plaintiff's first amended complaint (ECF Nos. 30 & 32).

8.  The parties agree that there will be no prejudice to either party as a result of this action and that the time modification requested in this stipulation should have no effect on the schedule for this case beyond the briefing dates noted above.

Dated:  July 9, 2014                                         THE JAFFE LAW FIRM


                                                             _____/s/_____
                                                             Stephen R. Jaffe (SBN 49539)
                                                             Bailey K. Bifoss (SBN 278392)

                                                             Attorneys for Plaintiff/Relator, GARY SIEBERT


Dated:  July 9, 2014                                         MINTZ LEVIN COHN FERRIS GLOVSKY
                                                             and POPEO PC


                                                             _____/s/_____
                                                             Evan S. Nadel (SBN 213230)

                                                             Attorneys for Defendant, GENE SECURITY
                                                             NETWORK, INC.

1 | PROPOSED ORDER

2 | Based on the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED as

3 | follows:

4 | The Court will GRANT the parties an amended briefing schedule for the hearing on

5 | Plaintiff's Motion for Summary Judgment. Opposition papers, if any, shall be filed not later than

6 | August 7, 2014.  Reply papers, if any, shall be filed not later than August 21, 2014.  The hearing shall

7 | remain on September 4, 2014 at 2:00 p.m.

9 | In the event Defendant files a cross-motion for summary judgment, Defendant's moving

10 | papers shall be filed not later than July 31, 2014; Plaintiff's opposition to the cross-motion (and

11 | supporting papers) shall be filed not later than August 14, 2014; and Defendant's reply in support of

12 | the cross-motion shall be filed not than August 21, 2014.  If Defendant files a cross-motion for

13 | summary judgment, it will be heard on September 4, 2014 at 2:00 p.m.

16 | **IT IS SO ORDERED.**

19 | Date:   July 10, 2014



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

1                 **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

2

3       Pursuant to General Order No. 45 of the Northern District of California, I attest that

4 concurrence in the filing of this document has been obtained from the other signatory to this

5 document.

6

7 Dated: July 9, 2014                            MINTZ LEVIN COHN FERRIS GLOVSKY

8                                                          and POPEO PC

9

10

11

12                                                             /s/
                                                    Evan S. Nadel (SBN 213230)

13

14                                                    Attorneys for Defendant
                                                   GENE SECURITY NETWORK, INC

15

16

17

18

19

20

21

22

23

24

25

26

27                                                   3

28