Brandon F. White (admitted pro hac vice)
bfwhite@foleyhoag.com
Daniel N. Marx (admitted pro hac vice)
dnmarx@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Evan S. Nadel (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO LLP
44 Montgomery St., 36th Fl.
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-60001

Attorneys for Defendant and Counterclaim-Plaintiff
GENE SECURITY NETWORK, INC.

Stephen R. Jaffe (SBN 49539)
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss (SBN 278392)
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California St., 21st Floor
San Francisco, CA 94111
Telephone: (415) 618-0100
Facsimile: (617) 618-0080

Attorneys for Plaintiff/Relator
GARY SIEBERT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

United States of America
*ex rel*. Gary Siebert,

Plaintiff,

v.

Gene Security Network, Inc.

Defendant.

Case No. 3:11-cv-01987-JST

**STIPULATION TO RESET DEADLINES FOR SUMMARY JUDGMENT BRIEFING**

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate pursuant to Civil Local Rule 6-1 as follows:

1. On July 2, 2014, Plaintiff filed a motion for summary judgment with an August 7, 2014 hearing date (Dkt. No. 83).

2. On July 3, 2014, by Clerk's Notice, the Court continued the hearing date of the motion for summary judgment to September 4, 2014.

3. On July 9, 2014, the parties filed a joint stipulation extending the time for Defendant to file an opposition to Plaintiffs' summary judgment motion until August 7, 2014 and providing that Plaintiff would file his reply in support of his summary judgment motion by August 21, 2014. The parties also agreed that any cross-motion for summary judgment by the Defendant would be filed by August 7, 2014, with the Plaintiff's opposition filed by August 21, 2014 and any reply in support of the motion filed by August 28, 2014 (Dkt. No. 90).

4. On July 10, 2014, the Court entered the stipulation, except that it ordered that any cross-motion for summary judgment by the Defendant should be filed by July 31, 2014, with the Plaintiff's opposition filed by August 14, 2014 and any reply brief filed by August 21, 2014. The court ordered that both motions would be heard on September 4, 2014 (Dkt. No. 91).

5. Defendant and Plaintiff agree Plaintiff will withdraw his pending motion for summary judgment filed on July 2, 2014 *without prejudice*.

6. The Court's original scheduling order provided that dispositive motions must be filed on or before September 26, 2014 (Dkt. No. 53). Defendant and Plaintiff agree each party may file a summary judgment motion on or before September 26, 2014; that oppositions to any summary judgment motions must be filed on or before October 14, 2014; and reply briefs in support of each motion must be filed on or before October 21, 2014.

7. By entering into this stipulation, the parties agree there is no prejudice to either party and that the time modifications requested by this stipulation shall have no effect on the schedule for this case.

Dated:  July 23, 2014                                           FOLEY HOAG LLP

*/S/ BRANDON F. WHITE*
Brandon F. White (admitted pro hac vice)
Daniel N. Marx (admitted pro hac vice)

MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO PC
Evan S. Nadel (SBN 213230)

Attorneys for Defendant and Counterclaim-Plaintiff
GENE SECURITY NETWORK, INC.

Dated:  July 23, 2014                                           THE JAFFE LAW FIRM

*/S/ STEPHEN R. JAFFE*
Stephen R. Jaffe (SBN 49539)
Bailey K. Bifoss (SBN 278392)

Attorneys for Plaintiff/Relator
GARY SIEBERT

~~PROPOSED~~ ORDER

Based on the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

The Court will GRANT the parties an amended briefing schedule regarding the submission of summary judgment papers as follows. The Plaintiff's Motion for Summary Judgment filed on July 2, 2014 is hereby withdrawn. Motions for summary judgment shall be filed by both parties not later than September 26, 2014. Opposition papers, if any, shall be filed not later than October 14, 2014. Reply papers, if any, shall be filed not later than October 21, 2014. The hearing on any summary judgment motions shall be held on November 13, 2014 at 2:00 p.m..

**IT IS SO ORDERED.**

Date: July 24, 2014

The

**ATTESTATION PURUSANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory on this document.

Dated: July 23, 2014                    FOLEY HOAG LLP

/S/ DANIEL N. MARX
Daniel N. Marx (pro hac vice)

MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO PC
Evan S. Nadel (SBN 213230)
Attorneys for Defendant
GENE SECURITY NETWORK, INC.