# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY SIEBERT,<br><br>          Plaintiff,<br><br>   v.<br><br>GENE SECURITY NETWORK,<br><br>          Defendant. | Case No. 11-cv-01987 JST (NC)<br><br>**ORDER STRIKING EMAILS TO COURT** |

Over the weekend, starting with an email from plaintiff's counsel Stephen R. Jaffe sent to the Court's deputy at 5:04 p.m. on Saturday October 4, followed by responding emails from other counsel and a reply from Mr. Jaffe, the parties presented discovery issues seeking Court order. Plaintiff-relator counsel "respectfully requests the court amend its October 1st order . . ."

Any request to the Court for an order must be made by a stipulation or motion filed with the Court. Fed. R. Civ. P. 7(b); Civ. L.R. 7-1(a). Further, the Local Rules provide that "[e]xcept as otherwise provided by law, these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from making telephone calls or writing letters . . . to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing

1    counsel." Civ. L.R. 11-4(c).

2         To be clear, emails to the Court and the Court's staff are not the proper method of
3    seeking a Court order or responding to a request for a Court order.  The Court strikes the
4    improper emails and admonishes all counsel not to repeat this approach.

5         Any party may object to this nondispositive discovery order within 14 days under
6    Federal Rule of Civil Procedure 72(a).

7         IT IS SO ORDERED.

9    Date:  October 6, 2014

                                        _____
                                        Nathanael M. Cousins
                                        United States Magistrate Judge

Case No. 11-cv-01987 JST (NC)
ORDER STRIKING EMAILS                         2