**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.*
GARY SIEBERT,

    Plaintiff,

  v.

GENE SECURITY NETWORK, INC.,,

    Defendant.
                              /

No. C 11-01987 JST

**ORDER GRANTING
ADMINISTRATIVE
MOTION TO EXTEND TIME**

The due date for the parties' joint pretrial statement is hereby **MOVED** from December 22, 2014, to December 29, 2014.

**IT IS SO ORDERED.**

Dated:  December 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE