PROPOSED ORDER

Based on the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

The Court will GRANT the parties one additional day to deliver exhibit binders to the Court. The parties shall deliver three sets of all pre-marked exhibits in clearly labelled three-ring binders to the courtroom deputy on or before January 13, 2015.

**IT IS SO ORDERED.**

Date: January 12, 2015



1

B4345695.1