UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY SIEBERT,

    Plaintiff,

    v.

GENE SECURITY NETWORK, INC,

    Defendant.

Case No. 11-cv-01987-JST

**ORDER REGARDING TRIAL TIME LIMITS**

Consistent with the trial time estimates provided by the parties, ECF No. 134 at p. 25, the Court now orders that each side will have twelve hours to present its case or defenses, excluding jury selection but including opening statement and closing argument. A party uses its time when it examines a witness, whether the examination is direct or cross-examination, regardless of how much time is taken by that party's opponent with the same witness.

For example, a party who gives an opening statement lasting 30 minutes, examines one of her own witnesses on direct examination for one hour, cross-examines two of her opponent's witnesses for one hour each, and gives a 30 minute closing argument, consumes four hours of trial time.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
JON S. TIGAR
United States District Judge