Stephen R. Jaffe, Cal. Bar No. 49539
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Cal. Bar No. 278392
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California Street, 21st Floor
San Francisco, California 94111
T: (415) 618-0100
F: (415) 618-0080

Attorneys for Plaintiff/Relator and Defendant-in-Counterclaim
GARY SIEBERT

Brandon F. White (admitted pro hac vice)
bfwhite@foleyhoag.com
Daniel N. Marx (admitted pro hac vice)
dmarx@foleyhoag.com
Michael J. Licker (admitted pro hac vice)
mlicker@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
T: (617) 832-1000
F: (617) 832-7000

Evan S. Nadel, Cal. Bar No. 213230
ENadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
44 Montgomery Street, 36th Floor
San Francisco, California 94104
T: (415) 432-6000
F: (415) 432-6001

Attorneys for Defendant and Plaintiff-in-Counterclaim,
GENE SECURITY NETWORK, INC.

FILED
JAN 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GARY SIEBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>GENE SECURITY NETWORK, INC.,<br><br>            Defendant. | Case No. 3:11-cv-01987-JST<br><br>**STIPULATION REGARDING ELECTRONIC EQUIPMENT IN JURY ROOM**<br><br>Date:       January 20, 2015<br>Time:      8:30 A.M.<br>Judge:     The Honorable Jon S. Tigar<br>Location: Courtroom 9, 19th Floor |

Stipulation re: Trial Exhibits
Case No. 3:11-cv-01987-JST

B4345768.1

The parties stipulate:

1. The following electronic equipment will be available in the jury room: (1) a computer; (2) hard drive or flash drive containing admitted exhibits; (3) projector and screen.

2. The parties will jointly arrange to load images of admitted exhibits on to a hard drive in PDF format or locked/read-only EXCEL format.

3. The parties jointly will prepare an "Admitted Exhibits" list which shall consist of all trial exhibits admitted into evidence listed in numerical order and containing the date (where available) and a description of the nature of each exhibit.

4. Before the jury retires to deliberate, the parties will review the notebook computer, the exhibit list and the exhibits in electronic format to assure their accuracy.

5. A backup notebook computer and hard drive with images and data identical to those on the hard drive sent into the jury room shall be maintained by the parties and made immediately available to the court.

6. During any time a court-approved technician enters the jury room to address a technical problem or matter, the Judge and the court reporter will be present to preserve any proceedings on the record.

Dated: January 26, 2015

THE JAFFE LAW FIRM

By: _____/s/_____
Stephen R. Jaffe (SBN 49539)
Bailey K. Bifoss (SBN 278392)
Attorneys for GARY SIEBERT

Dated: January 26, 2015

FOLEY HOAG LLP

By: _____/s/_____
Brandon F. White (admitted *pro hac vice*)
Daniel N. Marx (admitted *pro hac vice*)
Michael J. Licker (admitted *pro hac vice*)
Attorneys for Gene Security Network, Inc.

# ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

Dated: January 26, 2015                    FOLEY HOAG LLP


By: _____/s/_____
Brandon F. White (admitted *pro hac vice*)
Daniel N. Marx (admitted *pro hac vice*)
Michael J. Licker (admitted *pro hac vice*)
Attorneys for Defendant and
Counterclaim Plaintiff
GENE SECURITY NETWORK, INC.
(now known as Natera, Inc.)

~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

The following electronic equipment will be available in the jury room to assist the jurors with their deliberations: (1) a computer; (2) hard drive or flash drive; (3) projector and screen. The use of this equipment by the jury is subject to the conditions set forth in the parties' stipulation.

**IT IS SO ORDERED.**

Dated: 1/27/15

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT

1

B4345768.1