UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SIEBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>GENE SECURITY NETWORK, INC,<br><br>    Defendant. | Case No.  11-cv-01987-JST<br><br>**VERDICT FORM (FALSE CLAIMS ACT) - DRAFT** |

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1. Did Gene Security Network make a false statement to the United States, including the National Institutes of Health?

   _____ Yes      _____ No

   If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. When Gene Security Network made the statement, did it (answer as to each subpart):

   a. know the statement was false?

   _____ Yes      _____ No

   b. act in reckless disregard of whether it was true?

   _____ Yes      _____ No

   c. act with deliberate ignorance that the statement was false?

   _____ Yes      _____ No

   If you answered yes to part a, b, or c of question 2, the answer question 3.  If you answered no to each of parts a, b, and c, answer no further questions, and have the

presiding juror sign and date this form.

3. Was the statement material to the United States' decision to pay out on Gene Security Network's grant request?

_____ Yes       _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did the statement cause the government to pay out money to GSN?

_____ Yes       _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Which grant payments did the government make as a result of GSN's false statement or statements?

   a.   <u>Novel Informatics Grant Drawdowns</u>

   _____ $195,749.00 (April 11, 2007)

   _____ $835,485.00 (September 10, 2008)

   _____ $658,668.00 (May 29, 2009)

   b.   <u>Array Informatics Grant Drawdowns</u>

   _____ $200,068.00 (February 12, 2009)

   _____ $800,710.00 (September 28, 2009)

   _____ $799,036.00 (August 19, 2010)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

     c.    <u>Non-Invasive Aneuploidy Grant Drawdowns</u>

_____ $200,833.00 (August 12, 2010)

_____ $800,745.00 (May 26, 2011)

_____ $802,079.00 (May 15, 2012)

Signed: _____   Dated: _____
               Presiding Juror

After all verdict forms have been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.