UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY SIEBERT,

    Plaintiff,

  v.

GENE SECURITY NETWORK, INC,

    Defendant.

Case No. 11-cv-01987-JST

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH LUNCH DURING DELIBERATION**

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily lunch for the members of the jury in the above-entitled matter commencing on Monday, February 2, 2015, and continuing during their deliberations. The lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

    IT IS SO ORDERED.

Dated: January 29, 2015

_____
JON S. TIGAR
United States District Judge