Stephen R. Jaffe, Cal. Bar No. 49539
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Cal. Bar No. 278392
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California Street, 21st Floor
San Francisco, California 94111
T: (415) 618-0100
F: (415) 618-0080

Attorneys for Plaintiff/Relator GARY SIEBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. GARY SIEBERT,<br><br>　　Plaintiff/Relator,<br><br>　　v.<br><br>GENE SECURITY NETWORK, INC.,<br><br>　　Defendant. | Case No.: 3:11-cv-01987-JST<br><br>**NOTICE OF AGREED BRIEFING ANDF HEARING SCHEDULE FOR POST-TRIAL** |

　　The parties have agreed to the following briefing and hearing schedule for post-trial motions:

~~February 25, 2014　　Case Management Conference (if deemed necessary by the court)~~

March 4, 2015　　Last day to file post-trial motions

March 27, 2015　　Opposition to post-trial motions due

April 3, 2015　　Replies to post-trial motions due

---

POST=TRIAL BRIEFING AND SCHEDULE HEARING SCHEDULE
Case No. 3:11-cv-01987-JST

1

1 | ~~Set by Court~~ April 16, 2015 at 2:00 p.m.   Hearing on post-trial motions. ~~(Defense counsel not available April 6-10 due to religious observance)~~

Dated: February 9, 2015                                    Respectfully submitted,

THE JAFFE LAW FIRM

By: _____/s/_____
Stephen R. Jaffe (SBN 49539)
Bailey K. Bifoss (SBN 278392)
Attorneys for Plaintiff/Relator
GARY SIEBERT

Dated: February 11, 2015

IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

POST=TRIAL BRIEFING AND SCHEDULE HEARING SCHEDULE
Case No. 3:11-cv-01987-JST

2